**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH**

PATRICK REGAN,             )
                            )
                            )          2:23-CV-00246-CRE
           Plaintiff,       )
                            )
      vs.                  )
                            )
SECRETARY CARLOS DEL TORO,  )
SECRETARY OF THE UNITED STATES  )
NAVY;                     )
                            )
          Defendant,     )

<u>**ORDER**</u>

     **AND NOW**, this 28th day of March 2024, for the reasons stated in the accompanying Memorandum Opinion,

     **IT IS HEREBY ORDERED** that Defendant's motion to dismiss (ECF No. 9) is **GRANTED** and the Complaint is **DISMISSED** with prejudice.

                               BY THE COURT:

                               <u>s/Cynthia Reed Eddy</u>
                               Cynthia Reed Eddy
                               United States Magistrate Judge

cc:    Counsel of Record
        (via ECF electronic notification)